# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nathaniel Barkley <br>               Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 15-13494 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 and index same on the master mailing list.

                                                Respectfully submitted,

                                                **/s/ Matteo S. Weiner, Esq.**
                                                Matteo S. Weiner, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322 FAX (215) 627-7734