**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Nathaniel Barkley

                          Debtor(s)

Specialized Loan Servicing LLC, as servicer for
The Bank of New York Mellon FKA The Bank
of New York, as Trustee for the
certificateholders of the CWABS, Inc., Asset-
Backed Certificates, Series 2007-6
                          v.
Nathaniel Barkley
                          and
Frederick L. Reigle Esq.
                          Trustee

Chapter 13

NO. 15-13494 JKF

**ORDER**

AND NOW, this 27th    day of   February    , 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on    it is ORDERED AXXDXDXEXXXIXXD that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5871 N 6th Street, Philadelphia, PA 19120.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Nathaniel Barkley
8101 Vermeer Place
Philadelphia, PA 19153

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Georgette Miller Esq.
335 Evesham Avenue
Lawnside, NJ 08045

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532