United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nathaniel Barkley  
　　　Debtor

Case No. 15-13494-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: ChrissyW　　Page 1 of 1　　Date Rcvd: Feb 27, 2018  
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.
```
db            +Nathaniel Barkley,    8101 Vermeer Place,    Philadelphia, PA 19153-1124
13530347      +Specialized Loan Servi,   8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              GEORGETTE  MILLER    on behalf of Debtor Nathaniel Barkley info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., Asset-Backed Certificates, Series 2007-6 KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
               the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bkgroup@kmllawgroup.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., Asset-Backed Certificates, Series 2007-6 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., dba Wells Fargo Dealer
               Services, Inc. ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 15
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nathaniel Barkley<br>　　　　　　　Debtor(s) | |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6<br>　　　　　　　v.<br>Nathaniel Barkley<br>　　　　　　and<br>Frederick L. Reigle Esq.<br>　　　　　　　Trustee | Chapter 13<br><br>NO. 15-13494 JKF |

**ORDER**

AND NOW, this 27th day of February, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED ~~AND DECREED~~ that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5871 N 6th Street, Philadelphia, PA 19120.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

cc: See attached service list

Nathaniel Barkley
8101 Vermeer Place
Philadelphia, PA 19153

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Georgette Miller Esq.
335 Evesham Avenue
Lawnside, NJ 08045

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532