# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
NATHANIEL BARKLEY  :  CHAPTER 13  
    Debtor  :  
          :  BK. No. 15-13494 JKF

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 23rd day of May, 2018, Motion of **WELLS FARGO BANK, NA** (Movant), and after Notice of Default and the filing of a Certification of Default, it is

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED:** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **164 WEST COULTER STREET, PHILADELPHIA, PA 19144-3407** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED:** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, NA** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED:** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court:

_____  
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)  
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010  
READING, PA 19606

NATHANIEL BARKLEY  
8101 VERMEER PLACE  
PHILADELPHIA, PA 19153-1124

GEORGETTE MILLER, ESQUIRE  
335 EVESHAM AVENUE  
LAWNSIDE, NJ 08045

UNITED STATES TRUSTEE  
833 CHESTNUT STREET, SUITE 500  
PHILADELPHIA, PA 19107