IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATHANIEL BARKLEY | : CHAPTER 13 |
| | : |
| DEBTOR(S) | : CASE NO. : 15-13494 |

**NOTICE OF DEBTOR'S Motion to Reconsider the May 23, 2018 Dismissal Order and Reinstate Case**

Debtor, Nathaniel Barkley has filed a Motion to Reinstate the Automatic Stay the May 23, 2018 Dismissal Order and Reinstate Case with this court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you want the court to consider your views on the Motion, then on or before 8/20/18 you or your attorney must:

File with the court a written response at:

U.S. Bankruptcy Court
 900 Market Street
 Philadelphia, PA  19107
Attn: Bankruptcy Clerk

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must mail a copy to:

Michelle Lee
Law Offices of Georgette Miller, Esq., P.C.
119 S. Easton Rd.
Glenside, PA 19038

You or your attorney must attend the hearing scheduled to be held on 8/29/18 at 9:30 am in Courtroom #3, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/ Michelle Lee
Michelle Lee, Esq.
Law Offices of Georgette Miller, Esq., P.C.
119 S. Easton Road
Glenside, PA 19038

{00323005;v1}