# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Nathaniel Barkley | : | Chapter 13 |
| Debtor. | : | |
| | : | Bankruptcy No. 15-13494 JKF |

## Certificate of Service

Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Motion to Modify Plan Post-Confirmation and thereof upon the following individuals listed below, by electronic means, email and/or first class mail on 8/2/2018:

William Miller for
Frederick Reigle
Chapter 13 Trustee
PO Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Jerome Blank, Esq.
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Nathaniel Barkley
164 W. Coulter Street
Philadelphia, PA 19144

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

ALL ATTORNEYS OF RECORD
ALL PARTIES ON CLERK'S SERVICE LIST
ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the
ADDRESS LISTED ON FILED PROOFS OF CLAIMS

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esquire
Law Offices of Georgette
Miller & Associates, P.C.
119 S. Easton Road
Glenside PA 19038