IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATHANIEL BARKLEY | : | CHAPTER 13 |
| DEBTOR(S) | : | |
| | : | CASE NO. 15-13494 |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of Debtor's Motion to Vacate Order Modifying Section 362 Automatic Stay and to Reinstate the Automatic Stay and sufficient cause being shown, it is hereby ORDERED that the May 23, 2018 Order of this Court modifying the automatic stay is hereby vacated; and it is further ORDERED that the automatic stay is reinstated with respect to 164 West Coulter Street, Philadelphia, PA 19144.

**Date: October 15, 2018**

_____

United States Bankruptcy Judge