United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nathaniel Barkley  
    Debtor

Case No. 15-13494-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Oct 16, 2018  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.  
db          +Nathaniel Barkley,   164 W. Coulter Street,   Philadelphia, PA 19144-3449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:

        ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
        GEORGETTE  MILLER    on behalf of Debtor Nathaniel  Barkley info@georgettemillerlaw.com,  
         georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com  
        JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bkgroup@kmllawgroup.com  
        PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
        PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services, Inc. ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                           TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATHANIEL BARKLEY | : | CHAPTER 13 |
| DEBTOR(S) | : | |
| | : | CASE NO. 15-13494 |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of Debtor's Motion to Vacate Order Modifying Section 362 Automatic Stay and to Reinstate the Automatic Stay and sufficient cause being shown, it is hereby ORDERED that the May 23, 2018 Order of this Court modifying the automatic stay is hereby vacated; and it is further ORDERED that the automatic stay is reinstated with respect to 164 West Coulter Street, Philadelphia, PA 19144.

**Date: October 15, 2018**

_____
United States Bankruptcy Judge