THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Nathaniel Barkley | : | |
| | : | BK. No. 15-13494 |
| | : | |
| **Debtor** | : | Chapter No. 13 |
| | : | |

## CERTIFICATION OF NO RESPONSE

      I, the undersigned, certify that, having served or caused to be served, a copy of the Modified Plan filed on April 23, 2019, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

      I respectfully request that the Court enter the attached Order.


Dated: May 28, 2019

      /s/ Michelle Lee
      Michelle Lee, Esq.
      Law Offices of Georgette Miller, Esq.,P.C
      119 S. Easton Rd
      Glenside, PA 19038
      Attorney for Debtors