## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Nathaniel Barkley | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | Bankruptcy No. 15-13494 JKF |

### O R D E R

AND NOW, this _____ day of _____ 2018, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

_____
**Honorable Jean K. FitzSimon**

**Date: May 29, 2019**