IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER 13

NATHANIEL BARKLEY                                   :

        DEBTOR(S)                               : BANKRUPTCY NO. 15-13494-JKF

## ORDER

AND NOW, IT IS ORDERED that the Order entered on May 29, 2019 granting the Motion to Modify Plan is VACATED having been entered in error. The hearing to consider the Motion to Modify Plan Filed by Nathaniel Barkley shall be held on **June 19, 2019 at 9:30 a.m. in Courtroom No. 3**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

BY THE COURT:

*/s/ Jean K. Fitzsimon*

DATED: MAY 31, 2019

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE