United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nathaniel Barkley  
    Debtor

Case No. 15-13494-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 1      Date Rcvd: May 29, 2019  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.  
db            +Nathaniel Barkley,    164 W. Coulter Street,    Philadelphia, PA 19144-3449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:

      ANDREW SPIVACK   on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
      GEORGETTE MILLER   on behalf of Debtor Nathaniel Barkley info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com  
      JEROME B. BLANK   on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
      JOSEPH ANGEO DESSOYE   on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
      KEVIN G. MCDONALD   on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bkgroup@kmllawgroup.com  
      MATTEO SAMUEL WEINER   on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bkgroup@kmllawgroup.com  
      PAUL WILLIAM CRESSMAN   on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
      PAUL WILLIAM CRESSMAN   on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
      POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com  
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
      THOMAS I. PULEO   on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      THOMAS YOUNG.HAE SONG   on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
      WILLIAM EDWARD CRAIG   on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
      WILLIAM EDWARD CRAIG   on behalf of Creditor    Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services, Inc. ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                              TOTAL: 16

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Nathaniel Barkley | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | Bankruptcy No. 15-13494 JKF |

### O R D E R

AND NOW, this _____ day of _____ 2018, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

_____
**Honorable Jean K. FitzSimon**

**Date: May 29, 2019**