United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nathaniel Barkley  
    Debtor

Case No. 15-13494-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 2     Date Rcvd: May 31, 2019  
                         Form ID: pdf900     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
```
db            +Nathaniel Barkley,    164 W. Coulter Street,    Philadelphia, PA 19144-3449
cr             ECMC,    PO BOX 16408,    SAINT PAUL, MN 55116-0408
cr            +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
                Winterville, NC 28590-8872
cr            +Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,    1451 Thomas Langston Road,
                Winterville, NC 28590-8872
13530341      +Aes/Goal Financial,    Po Box 61047,    Harrisburg, PA 17106-1047
13565095      +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13530344      +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13564043       College Loan Corp/BNY ELT,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
13839330       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13530345      +Glelsi/College Loan Co,    Po Box 7860,    Madison, WI 53707-7860
13530347      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13983470      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13566195      +The Bank of New York Mellon, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13583914       US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
13530348      +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13530351       Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265
13530352     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701)
14314089      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
14314649       Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 17900,    Denver CO 80217-0900
13585765      +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
14051808       Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                1000 Blue Gentian Road,    Eagan MN 55121-7700
13540131       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
14296683      +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    1 Home Campus,
                Des Moines IA 50328-0001
13530353      +Wfds,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 01 2019 04:26:47    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2019 04:25:52
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 01 2019 04:26:36    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13530342      +E-mail/Text: EBNProcessing@afni.com Jun 01 2019 04:26:27    Afni, Inc.,    Po Box 3427,
                Bloomington, IL 61702-3427
13568401      +E-mail/Text: bnc@atlasacq.com Jun 01 2019 04:25:23    Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
13617022      +E-mail/Text: lisa@galwayfinancialservices.com Jun 01 2019 04:27:28
                Galway Financial Services LLC,    1290 W Spring St SE,    Suite 270,    Smyrna, GA 30080-3690
13563477      +E-mail/Text: bankruptcygroup@peco-energy.com Jun 01 2019 04:25:34    PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13530346      +E-mail/Text: bankruptcygroup@peco-energy.com Jun 01 2019 04:25:34    Peco,    PO Box 13439,
                Philadelphia, PA 19101-3439
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13530343*     +Afni, Inc.,    Po Box 3427,    Bloomington, IL 61702-3427
13839331*      ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13530349*     +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13530350*     +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: TashaD                 Page 2 of 2                  Date Rcvd: May 31, 2019
                               Form ID: pdf900              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              GEORGETTE   MILLER    on behalf of Debtor Nathaniel   Barkley info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
               the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bkgroup@kmllawgroup.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., Asset-Backed Certificates, Series 2007-6 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., dba Wells Fargo Dealer
               Services, Inc. ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 16
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

NATHANIEL BARKLEY :

    DEBTOR(S) : BANKRUPTCY NO. 15-13494-JKF

## ORDER

AND NOW, IT IS ORDERED that the Order entered on May 29, 2019 granting the Motion to Modify Plan is VACATED having been entered in error.  The hearing to consider the Motion to Modify Plan Filed by Nathaniel Barkley shall be held on **June 19, 2019 at 9:30 a.m. in Courtroom No. 3**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

BY THE COURT:

_/s/ Jean K. Fitzsimon_

DATED: MAY 31, 2019

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE