IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: NATHANIEL BARKLEY | : | CHAPTER 13 |
|---|---|---|
|  | : |  |
| DEBTOR(S) | : | CASE NO: 15-13494 |

**ORDER**

AND NOW, this __22nd__ day of __August__, 2019, having heard Debtor's Objection to Atlas Acquisitions LLC's Proof of Claim No. 6 and any responses thereto, it is hereby ORDERED that Debtor's objection to the Proof of Claim No. 6 is SUSTAINED. Proof of Claim No. 6 setting forth an unsecured debt of $1,509.31 is hereby disallowed.

_____
**HONORABLE JUDGE**
Jean K. FitzSimon