**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Nathaniel Barkley | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 15-13494 |

**SUPPLEMENTAL CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on December 31, 2019, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated:  January 20, 2020                          /s/ Georgette Miller
                                                  Georgette Miller
                                                  Law Offices of Georgette Miller Esq., P.C
                                                  335 Evesham Avenue
                                                  Lawnside, NJ 08045
                                                  856-323-1100
                                                  Bar I.D. 86358
                                                  Attorney for Debtor(s)

{00364688;v1}