UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Nathaniel Barkley | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 15-13494 |

### SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $10,609.00 and $191.00 in expenses.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

DATED: 1/21/20

Bankruptcy Judge
Jean K. FitzSimon

Dated: December 31, 2019

cc:  Scott Waterman
     Chapter 13 Trustee
     2901 St. Lawrence Avenue, Suite 100
     Reading, PA 19606

     US Trustee's Office
     833 Chestnut Street, Suite 500
     Philadelphia, PA 19107

     Nathaniel Barkley
     164 W. Coulter Street
     Philadelphia, PA 19144

{00364686;v1}