United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-13494-jkf
Nathaniel Barkley                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Jan 21, 2020
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db             +Nathaniel Barkley,   164 W. Coulter Street,    Philadelphia, PA 19144-3449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              GEORGETTE   MILLER    on behalf of Debtor Nathaniel   Barkley info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
               the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bkgroup@kmllawgroup.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., Asset-Backed Certificates, Series 2007-6 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., dba Wells Fargo Dealer
               Services, Inc. ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 17

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: Nathaniel Barkley  :  Chapter 13

:

Debtor(s).  :  Bankruptcy No. 15-13494

## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $10,609.00 and $191.00 in expenses.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

DATED: 1/21/20

_____
Bankruptcy Judge
Jean K. FitzSimon

Dated: December 31, 2019

cc: Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

US Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Nathaniel Barkley
164 W. Coulter Street
Philadelphia, PA 19144

{00364686;v1}