Certificate Number: 15317-PAE-DE-034079263

Bankruptcy Case Number: 15-13494



15317-PAE-DE-034079263

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 11, 2020, at 2:02 o'clock PM PST, Nathaniel Barkley completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 11, 2020            By:   /s/Connie Jawang

                                     Name: Connie Jawang

                                     Title: Credit Counselor