United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-13494-jkf
Nathaniel Barkley                                                   Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 2              Date Rcvd: Apr 13, 2020
                              Form ID: 138NEW           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2020.
```
db         +Nathaniel Barkley,    164 W. Coulter Street,    Philadelphia, PA 19144-3449
cr          ECMC,   PO BOX 16408,    SAINT PAUL, MN 55116-0408
cr         +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr         +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
             Winterville, NC 28590-8872
cr         +Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,    1451 Thomas Langston Road,
             Winterville, NC 28590-8872
13530341   +Aes/Goal Financial,    Po Box 61047,    Harrisburg, PA 17106-1047
13565095   +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13564043    College Loan Corp/BNY ELT,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
13839330    ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13530345   +Glelsi/College Loan Co,    Po Box 7860,    Madison, WI 53707-7860
13530347   +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13983470   +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13566195   +The Bank of New York Mellon, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13583914    US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
13530348   +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13530351    Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265
13530352  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
            (address filed with court:  Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
             Frederick, MD 21701)
14314089   +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
14314649    Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 17900,    Denver CO 80217-0900
13585765   +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
             3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
14051808    Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
             1000 Blue Gentian Road,    Eagan MN 55121-7700
13540131    Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
14296683   +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    1 Home Campus,
             Des Moines IA 50328-0001
13530353   +Wfds,   Po Box 1697,    Winterville, NC 28590-1697
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Apr 14 2020 03:51:12     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2020 03:50:43
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2020 03:50:55     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13530342   +E-mail/Text: EBNProcessing@afni.com Apr 14 2020 03:50:50     Afni, Inc.,    Po Box 3427,
             Bloomington, IL 61702-3427
13568401   +E-mail/Text: bnc@atlasacq.com Apr 14 2020 03:50:16     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
13530344    E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 14 2020 03:50:14     Citizens Bank,
             1 Citizens Dr,    Riverside, RI 02915
13617022   +E-mail/Text: lisa@galwayfinancialservices.com Apr 14 2020 03:51:25
             Galway Financial Services LLC,    1290 W Spring St SE,    Suite 270,    Smyrna, GA 30080-3690
13563477   +E-mail/Text: bankruptcygroup@peco-energy.com Apr 14 2020 03:50:19     PECO Energy Company,
             Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13530346   +E-mail/Text: bankruptcygroup@peco-energy.com Apr 14 2020 03:50:19     Peco,   PO Box 13439,
             Philadelphia, PA 19101-3439
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13530343*  +Afni, Inc.,    Po Box 3427,    Bloomington, IL 61702-3427
13839331*   ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13530349*  +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13530350*  +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Apr 13, 2020
                              Form ID: 138NEW             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              GEORGETTE  MILLER     on behalf of Debtor Nathaniel   Barkley mlee@margolisedelstein.com,
               georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
               fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              JEROME B. BLANK     on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              KEVIN G. MCDONALD     on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
               the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bkgroup@kmllawgroup.com
              PAUL WILLIAM CRESSMAN     on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              PAUL WILLIAM CRESSMAN     on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              POLLY A. LANGDON     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              THOMAS I. PULEO     on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., Asset-Backed Certificates, Series 2007-6 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG     on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG     on behalf of Creditor    Wells Fargo Bank, N.A., dba Wells Fargo Dealer
               Services, Inc. ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG     on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 17
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Nathaniel Barkley

       Debtor(s)                                Bankruptcy No: 15–13494–jkf

                                                       Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                     For The Court
                                                                    Timothy B. McGrath
                                                                     Clerk of Court

Dated: 4/13/20

                                                                                                        164 – 163
                                                                                                        Form 138_new